# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Debtors.[1]  | Chapter 11<br><br>Case No. 20-12522 (JTD)<br><br>(Jointly Administered) |
| ATTESTOR LIMITED and HUMANA INC.,<br><br>Appellants,<br><br>v.<br><br>MALLINCKRODT, PLC, *et al.*,<br><br>Appellees. | C.A. No. 22-cv-00215-TLA |

## STIPULATION FOR DISMISSAL

Pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, the parties hereby stipulate to the dismissal of this appeal with prejudice, with each party to bear its own attorneys' fees and costs. Appellants represent that all costs and fees due have been paid to the District Court for the District of Delaware.

Dated: May 9, 2022
Wilmington, Delaware

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://restructuring.primeclerk.com/Mallinckrodt. The Debtors' mailing address is 675 McDonnell Boulevard, Hazelwood, Missouri 63042.

1

**RICHARDS, LAYTON & FINGER, P.A.**
/s/ Michael J. Merchant
Mark D. Collins (No. 2981)
Robert J. Stearn, Jr. (No. 2915)
Michael J. Merchant (No. 3854)
Amanda R. Steele (No. 5530)
One Rodney Square
920 N. King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Email:  collins@relf.com
          stearn@rlf.com
          merchant@rlf.com
          steele@rlf.com

-and-

**LATHAM & WATKINS LLP**
Melissa Arbus Sherry (*pro hac vice*)
Andrew Sorkin (*pro hac vice*)
Gregory B. in den Berken (*pro hac vice*)
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Email: melissa.sherry@lw.com
        andrew.sorkin@lw.com
        greg.indenberken@lw.com

-and-

George A. Davis (*pro hac vice*)
George Klidonas (*pro hac vice*)
Anupama Yerramalli (*pro hac vice*)
Hugh K. Murtagh (*pro hac vice*)
1271 Avenue of the Americas
New York, New York 10020
Telephone: (212) 906-1200
Email:  george.davis@lw.com
          george.klidonas@lw.com
          anu.yerramalli@lw.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
/s/ Matthew B. Harvey
Robert J. Dehney (No. 3578)
Matthew B. Harvey (No. 5186)
Taylor M. Haga (No. 6549)
1201 North Market Street, 16th Floor
P.O.  Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 658-9200
Email:  rdehney@morrisnichols.com
          mharvey@morrisnichols.com
          thaga@morrisnichols.com

-and-

**WILLKIE FARR & GALLAGHER LLP**
Matthew A. Feldman
Benjamin P. McCallen (*pro hac vice*)
Paul V. Shalhoub
787 Seventh Avenue
New York, NY 10019
Telephone: (212) 728-8000
Email: mfeldman@willkie.com
        bmccallen@willkie.com
        pshalhoub@willkie.com

-and-

**EIMER STAHL LLP**
Benjamin E. Waldin
Scott C. Solberg
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Telephone: (312) 660-7600
Email: bwaldin@eimerstahl.com
        ssolberg@eimerstahl.com

*Counsel to Appellants*

    hugh.murtagh@lw.com

-and-

Jeffrey E. Bjork (*pro hac vice*)
355 South Grand Avenue, Suite 100
Los Angeles, California 90071
Telephone: (213) 485-1234
Fax: (213) 891-8763
Email: jeff.bjork@lw.com

-and-

Jason B. Gott
330 North Wabash Avenue, Suite 2800
Chicago, Illinois 60611
Telephone: (312) 876-7700
Fax: (312) 993-9767
Email: jason.gott@lw.com

*Counsel for Debtors-Appellees*

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
*/s/ Jaime Luton Chapman*
James L. Patton, Jr. (No. 2202)
Robert S. Brady (No. 2847)
Edwin J. Harron (No. 3396)
Jaime Luton Chapman (No. 4936)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: jpatton@ycst.com
       rbrady@ycst.com
       eharron@ycst.com
       jchapman@ycst.com

-and-

**FRANKEL WYRON LLP**
Richard H. Wyron
2101 L Street, NW, Suite 800
Washington, DC 20037
Telephone: (202) 367-9127
Email: rwyron@frankelwyron.com

*Counsel to the Future Claimants' Representative*

**MORRIS JAMES LLP**
*/s/ Jeffrey R. Waxman*
Jeffrey R. Waxman (No. 4159)
Eric J. Monzo (No. 5214)
Brya M. Keilson (No. 4643)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Phone: (302) 888-6800
Email:  Jwaxman@morrisjames.com
           Emonzo@morrisjames.com
           Bkeilson@morrisjames.com

-and-

**KRAMER LEVIN NAFTALIS
& FRANKEL LLP**
Kenneth H. Eckstein, Esq.
Philip Bentley, Esq.
Daniel M. Eggermann, Esq.
Megan M. Wasson, Esq.
1177 Avenue of the Americas
New York, NY 10036
Phone: (212) 715-9100
Email:  keckstein@kramerlevin.com
           pbentley@kramerlevin.com
           deggermann@kramerlevin.com
           mwasson@kramerlevin.com

-and-

**GILBERT LLP**
Scott D. Gilbert, Esq.
Kami E. Quinn, Esq.
Emily P. Grim Esq.
700 Pennsylvania Ave., SE
Suite 400
Washington, DC 20003
Phone: (202) 772-2200
Email:  gilberts@gilbertlegal.com
           quinnk@gilbertlegal.com

**ROBINSON & COLE LLP**
*/s/ Jamie L. Edmonson*
Natalie D. Ramsey (No. 5378)
Jamie L. Edmonson (No. 4247)
1201 N. Market Street, Suite 1406
Wilmington, Delaware 19801
Telephone: (302) 295-4800
Fax: (302) 351-8618
Email:  nramsey@rc.com
           jedmonson@rc.com

-and-

Patrick M. Birney
John D. Cordani, Jr.
280 Trumbull Street
Hartford, Connecticut 06103
Telephone: (800) 826-3579
Fax: (860) 275-8299
Email: pbirney@rc.com
           jcordani@rc.com

-and-

**COOLEY LLP**
Cullen D. Speckhart
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
Email: cspeckhart@cooley.com

-and-

Michael Klein
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Fax: (212) 479-6275
Email:  mklein@cooley.com

grime@gilbertlegal.com

*Counsel for the Governmental Plaintiff Ad Hoc Committee*

*Counsel to the Official Committee of Unsecured Creditors of Mallinckrodt plc, et. al.*

**SEITZ, VAN OGTROP & GREEN, P.A.**
*/s/ James S. Green, Jr.*
R. Karl Hill (No. 2747)
James S. Green, Jr. (No. 4406)
222 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-0600
Fax: (302) 888-0606
E-mail: khill@svglaw.com
         jsgreen@svglaw.com

-and-

**CAPLIN & DRYSDALE, CHARTERED**
Kevin C. Maclay, Esq.
Todd E. Phillips, Esq.
Kevin M. Davis, Esq.
George M. O'Connor, Esq.
One Thomas Circle, NW, Suite 1100
Washington, D.C. 20005
Telephone: (202) 862-5000
Fax: (202) 429-3301
E-mail: kmaclay@capdale.com
         tphillips@capdale.com
         kdavis@capdale.com
         goconnor@capdale.com

*Counsel to the Multi-State Governmental Entities Group*

**COLE SCHOTZ P.C.**
*/s/ Justin R. Alberto*
Justin R. Alberto (No. 5126)
500 Delaware Avenue, Suite 1410
Wilmington, Delaware 19801
Tel: (302) 655-5000
Fax: (302) 658-6395
E-mail: jalberto@coleschotz.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Arik Preis
Mitchell P. Hurley
Sara L. Brauner
One Bryant Park
New York, New York 10036
Telephone: (212) 872-1000
Fax: (212) 872-1002
E-mail: apreis@akingump.com
         mhurley@akingump.com
         sbrauner@akingump.com

*Counsel to the Official Committee of Opioid Related Claimants*

**SO ORDERED** this _____ day of May, 2022.

_____
THE HONORABLE THOMAS L. AMBRO
UNITED STATES CIRCUIT JUDGE