# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LANGSAM HEALTH SERVICES, LLC, | )<br>)<br>) |
| Plaintiff, | ) Case No. 19-CV-01696<br>) |
| v. | ) Judge Leonard P. Stark<br>) |
| GARDEN MANOR REHAB AND NURSING OF SOUTHWEST, LLC d/b/a EMERALD CARE CENTER SOUTHWEST, LLC, et al., | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Langsam Health Services, LLC ("Omnicare"), and Defendants, Garden Manor Rehab and Nursing of Southwest, LLC, Garden Manor Rehab and Nursing of Tulsa, LLC, and Garden Manor Rehab and Nursing of Midwest City, LLC (collectively, "Defendants"), hereby stipulate to the dismissal with prejudice of the above-captioned action.

Dated: November 23, 2020

*/s/ Jessica C. Watt*
Jessica C. Watt (No. 5932)
BALLARD SPAHR LLP
919 N. Market Street, 11th Floor
Wilmington, DE 19801
Telephone: (302) 252-4465

Justin Kerner (admitted *pro hac vice*)
210 Lake Drive East, Suite 200
Cherry Hill, NK 08002

*Counsel for Plaintiff Langsam Health Services, LLC*

*/s/ Martin Duane Haverly*
Martin Duane Haverly (No. 3295)
Brandywine Plaza
2500 Grubb Road, Suite 240B
Wilmington, DE 19810
Telephone: (302) 529-0121

Shneur Nathan
Nathan & Kamionski, LLP
33 W. Monroe, St., Suite 1830
Chicago, IL 60603

*Counsel for Defendants*

SO ORDERED this _____ day of _____, 2020.

_____
The Honorable Leonard P. Stark
United States District Judge